IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DANIEL BARNETT**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:14-cv-2156-AKK-TMP |
| **STATE OF ALABAMA**, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on February 22, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. Doc.16. No objections to the report and recommendation have been filed. The copy of the report and recommendation mailed to the petitioner was returned as undeliverable. Doc. 17. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is DENIED and DISMISSED WITHOUT PREJUDICE.

DONE the 15th day of March, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE